# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

GUSTAVO AGUILAR GUZMAN and
GABRIELA TATIANA CASTRO
SERNA,

Civil No. 13-3353 (JRT/JJK)

Plaintiffs,

v.

**ORDER ON REPORT
AND RECOMMENDATION**

GREAT SOUTHERN BANK,

Defendant.

---

Gustavo Aguilar Guzman and Gabriela Tatiana Castro Serna, 1489 Woodview Street East, Eagan, MN 55122 *pro se* plaintiffs, 1

Jared M Goerlitz, **PETERSON, FRAM & BERGMAN, PA,** 55 East Fifth Street, Suite 800, St Paul, MN 55101, defendant.

Based upon the Report and Recommendation by U.S. Magistrate Judge Jeffrey J. Keyes, dated April 15, 2014, with all the files and records, and no objections having been filed to said Recommendation, **IT IS HEREBY ORDERED** that:

1. Defendant Great Southern Bank's Motion to Dismiss (Doc. No. 9), is **GRANTED**; and

2. This case is **DISMISSED WITH PREJUDICE**.

---

1        On January 14, 2014, William B. Butler, attorney for Plaintiffs, was  suspended from the practice of law in this District effective December 26, 2013.  (Civ. No. 13-mc-49 (MJD) (Doc. No. 10).)  A substitute attorney, Susanne Glasser, Esq., was permitted to withdraw as counsel for the Plaintiffs by Order dated April 14, 2014.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: May 5, 2014

at Minneapolis, Minnesota                          ____s/John R. Tunhiem_____

                                                                    JOHN R. TUNHEIM
                                                            United States District Judge